UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:21-01532 SB (ADS)                                      Date:  October 15, 2021

Title:  *Geddes v. San Bernardino's County Sheriff's Department, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On September 1, 2021, Plaintiff Peter Austen Geddes filed an incomplete Request to Proceed Without Prepayment of Filing of Fees ("IFP Request").  (Dkt. No. 2.)  On September 14, 2021, the Court issued an Order Regarding Plaintiff's Request to Proceed Without Prepayment of Filing Fees, notifying Plaintiff that he filed an incomplete IFP request and that he may refile a complete IFP request with the necessary information.  (Dkt. No. 4.)  The Court warned Plaintiff that failure to timely respond to that order may result in a dismissal of his case.  (Id.)  As of the date of this order, Plaintiff has neither filed a complete IFP request nor has paid the filing fees.

Accordingly, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court orders under Federal Rule of Civil Procedure 41(b).  **Plaintiff must file a written response by no later than October 28, 2021.**

Plaintiff may respond to this order by (1) filing a statement explaining why he did not respond to the Court's previous order and has not filed a complete IFP request; (2) filing a complete IFP request; or (3) paying the filing fees.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:21-01532 SB (ADS)                                      Date: October 15, 2021

Title: *Geddes v. San Bernardino's County Sheriff's Department, et al.*

**Plaintiff is again cautioned that failure to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the court orders under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh