UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-01532 SB (ADS)                                    Date: May 16, 2023

Title: *Geddes v. Jane Doe, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                                       None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On April 28, 2023, the Court ordered Plaintiff to provide an additional response regarding several claims in his Complaint. (Dkt. No. 23.) Plaintiff was ordered to respond no later than May 12, 2023. (Id.) Plaintiff did not respond. This follows two previous court orders to which Plaintiff has failed to respond. (Dkt. Nos. 21, 22.) Nor has Plaintiff paid his initial filing fee of $10.60 despite receiving two extensions of time. (Dkt. Nos. 17, 20.)

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than May 30, 2023. Plaintiff may respond to this Order to Show Cause by (a) responding to the Court's April 28, 2023, order; and (b) paying his initial filing fee of $10.60. (Dkt. No. 22.)

**Plaintiff is expressly cautioned that failure to comply with this Order will result in the recommendation that this action be dismissed for failure**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:21-01532 SB (ADS)                                    Date: May 16, 2023

Title: *Geddes v. Jane Doe, et al.*

**to prosecute and failure to comply with court orders under Federal Rule of Civil Procedure 41(b).**

　　**IT IS SO ORDERED.**

Initials of Clerk kh