JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER AUSTEN GEDDES, | Case No. 5:21-01532 SB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| JANE DOE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED:    August 13, 2023

_____
STANLEY BLUMENFELD, JR.
United States District Judge